UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

ALYSSA RHUDE,

    Plaintiff,

v.

175 BLUEBERRY LANE OPERATIONS, D/B/A LACONIA REHABILITATION CENTER,

    Defendant.

CIVIL ACTION NO. 1:23-cv-00317-SE

## STIPULATION OF DISMISSAL WITH PREJUDICE

Alyssa Rhude and 175 Blueberry Lane Operations, d/b/a Laconia Rehabilitation Center, by their respective attorneys, stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims and causes of action.

Respectfully submitted,

Date:  May 20, 2024      By:   */s/ Ellen Purcell*
    Ellen Purcell (NH Bar #15880)
    Purcell Law Office, PLLC
    One New Hampshire Ave., Suite 125
    Portsmouth, NH 03801
    603.516.0333
    epurcell@purcelllawnh.com

Date:  May 20, 2024      By:   */s/ Joshua Nadreau*
    Joshua Nadreau (NH Bar # 273017)
    Fisher and Phillips, LLP
    200 State Street, 7th Floor
    Boston, MA 02109
    617.722.0044
    jnadreau@fisherphillips.com

**CERTIFICATE OF SERVICE**

    I, Ellen Purcell, hereby certify that on May 20, 2024, a copy of the foregoing Stipulation for Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                                         */s/ Ellen Purcell*
                                                                         Ellen Purcell, Esq.